AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

    Plaintiff,             JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:11-cv-00890-RCJ-WGC**

RENO POLICE DEPARTMENT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as factually frivolous.


  January 11, 2012                                    **LANCE S. WILSON**
                                                              Clerk


                                                      /s/ Katie Lynn Ogden
                                                            Deputy Clerk