AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF    NEVADA

RONALD WAYNE BEALL,

     Plaintiff,

V.

RENO POLICE DEPARTMENT, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00890-RCJ-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as factually frivolous.


   January 11, 2012                           **LANCE S. WILSON**
                                                                           Clerk

                                                               /s/ Katie Lynn Ogden
                                                                     Deputy Clerk